**2006–2096. Jackson v. Columbus.**
Franklin App. No. 05AP–1035, 2006-Ohio-5209. Discretionary appeal accepted on Proposition of Law

No. I.

PFEIFER and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. II. LUNDBERG STRATTON, O'CONNOR and CUPP, JJ., dissent.

Motion to strike notice of appeal and case information statement denied.